FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -6 2015

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:15-CR-00095 KGB |
| | ) | |
| v. | ) | 18 U.S.C. Section 922(g)(1) |
| | ) | |
| TERENCE GORDON | ) | |
| TUROD JACOBS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Prior to March 11, 2014, the defendant, TERENCE GORDON, had previously been convicted as follows:

    1. Theft of Property, Case No. 2011-523 in Faulkner Co., Arkansas.

B. The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

On or about March 11, 2014, in the Eastern District of Arkansas, the defendants,

### TERENCE GORDON

knowingly possessed a firearm in and affecting interstate commerce, to wit, a Smith & Wesson, model SW9VE, 9 mm. pistol, serial number PDB7087.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

A. Prior to March 11, 2014, the defendant, TUROD JACOBS, had previously been convicted as follows:

    1. Furnishing Prohibited Articles, Case No 2011-196 in Mississippi Co,

Arkansas.

B.   The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

On or about March 11, 2014, in the Eastern District of Arkansas, the defendant,

**TUROD JACOBS**

knowingly possessed a firearm in and affecting interstate commerce, to wit, an Intratec, model TEC-DC9, 9mm. pistol, serial number D022632.

All in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 2 of this Indictment, TUROD JACOBS shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense, including:

1.   An Intratec, model TEC-DC9, 9mm. pistol, serial number D022632.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)