**CRIMINAL CASE MINUTES**

    **Case Title:**    USA vs Terence Gordon

    **Case Number:**    4:15CR00095 KGB-1

    **Before U.S. Magistrate Judge Patricia S. Harris**

    **Date of hearing:**    September 30, 2015

    **Time in court:**    2:10 p.m. - 2:24 p.m.

    **ECRO/CRD:**    Colleen DuBose

The parties appeared for a bond hearing. The nature of the proceeding was stated for the record, and the defendant was advised of penalties for violation of conditions of release. The parties agreed to conditions with electronic monitoring, and the defendant was released pending jury trial.

    **AUSA:**    Angela Jegley

    **Defense Attorney:**  Molly Sullivan

    **USPO:**    Alison Scifres