MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DATE: Sept. 30, 2015

SEP 30 2015

TO:     Criminal Docket Clerk

JAMES W. McCORMACK, CLERK
By: _____
                            DEP CLERK

FROM:   Diane Darbonne
        U.S. Marshals Service

RE:     Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

09/30/15        Deft. taken into U.S. Marshal Service custody ~~on a detainer~~
(Date)    ~~from~~ voluntarily surrendered after release from Miss. Co. Jail in error.

_____      Deft. taken into U.S. Marshal Service custody on a Warrant of Removal.
(Date)

_____      Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study.
(Date)

_____      Deft. returned to custody of _____
(Date)                           (State)

_____      Deft. returned to custody of _____
(Date)                           (Another District)

CASE NO. 4:15CR00095 - KGB

DEFENDANT'S NAME Gordon, Terence