**CRIMINAL CASE MINUTES**

    **Case Title:**     USA vs Terence Gordon

    **Case Number:**    4:15CR00095 KGB-1

    **Before U.S. Magistrate Judge Patricia S. Harris**

    **Date of hearing:**   September 30, 2015

    **Time in court:**    4:01 p.m. - 4:28 p.m.

    **ECRO/CRD:**    Colleen DuBose

After being advised that representations at the bond hearing for the defendant held earlier that day were not accurate, the Court reconvened. Based on the testimony offered, the defendant was remanded to the custody of the United States Marshal Service. The defendant may revisit the issue of bond if he is able to make suitable arrangements for release. Court adjourned.

    **AUSA:**     Angela Jegley

    **Defense Attorney:**  Molly Sullivan

    **USPO:**     Alison Scifres