IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:15CR00095 KGB

TERENCE GORDON

## ORDER OF DETENTION

The defendant appeared with counsel on September 30, 2015 for a bond hearing. After hearing from counsel for the parties, the Court issued bond papers placing the defendant on home detention with electronic monitoring at his father's residence in Iowa. This plan was ordered based on representations by the defendant, his girlfriend, and his mother that the defendant was living with his father in Iowa and could continue to do so.[1] After the hearing concluded, the Court was advised that the representations made by the defendant and others, and relied on by the Court, were not accurate.

The Court reconvened the bond hearing. Based on the testimony offered, the Court remanded the defendant to the custody of the United States Marshal Service. The defendant may revisit the issue of bond if he is able to make suitable arrangements for release.

While detained, the defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the United States, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

---

[1] The Court was advised that probation was unable to reach the father prior to the hearing, but confirmed the defendant's living arrangements with his mother and girlfriend.

IT IS SO ORDERED this 30th day of September, 2015.

>_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE