IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

VS.                    NO. 4:15 CR0095-KGB

TUROD JACOBS                                            DEFENDANT

## MOTION FOR DETENTION HEARING

The defendant requests the following by and through his counsel Richard E. Holiman as follows:

1. The Defendant requests that a detention hearing be scheduled at the court's earliest available time for a detention hearing in the above captioned matter.

WHEREFORE the Defendant requests this matter be scheduled for a detention in this matter.

Respectfully submitted,

/s/ Richard E. Holiman
Richard E. Holiman, #79091
Attorney at Law
212 Center St. Suite 325
Little Rock, Arkansas 72201
501-375-1170
Fax: 501-325-1655
rickholiman@gmail.com

## CERTIFICATE OF SERVICE

I, Richard E. Holiman, do hereby state that a true copy of the foregoing motion has been served upon the following by electronic mailing, on this 7th day of October, 2015:
Angela Jegley
Assistant U. S. Attorney
425 W. Capitol. Suite 500
Little Rock, Arkansas 72201

/s/ Richard E. Holiman