UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:15CR00095-01 KGB |
| | ) | |
| | ) | |
| TERENCE GORDON | ) | DEFENDANT |

## MOTION FOR BOND HEARING

The Defendant, Terence Gordon, through his attorney, Assistant Federal Defender Molly K. Sullivan, and for his Motion for Bond Hearing states as follows:

1. On May 28, 2015, the Defendant appeared before Hon. Magistrate Judge Joe J. Volpe 5 for arraignment on his federal indictment. At that time of his initial appearance, the Defendant was in the custody of Mississippi County Jail on unrelated state charges. At the direction of the Court, a detainer was lodged.

2. In July of 2015, the Defendant was released on bond from the Mississippi County Jail as the federal detainer was not honored.

3. On September 30, 2015, the Defendant voluntarily surrendered to the United States Marshal Service and appeared before Hon. Magistrate Judge Tricia S. Harris for a bond hearing.

4. Initially, the Defendant was released on O/R bond; however, after the Court was advised that certain representations made by the Defendant were inaccurate, the Court reconvened and the Defendant was remanded to the custody of the United States Marshal

Service. The Court noted that the Defendant could revisit the issue of bond if he is able to make suitable arrangements for release.

5.   At this time, the Defendant requests a hearing so that he may revisit the issue of bond.

WHEREFORE, the Defendant, Terence Gordon, respectfully requests that this Court grant his Motion for Bond Hearing and for all other just an appropriate relief.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By:   /s/ Molly Sullivan
Bar Number 2009-200
Molly Sullivan
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113
E-mail: Molly_Sullivan@fd.org

For:   Terence Gordon, Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October, 2015, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Angela Jegley
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: Angela.Jegley@usdoj.gov

                                      /s/ Molly Sullivan
                                      Molly Sullivan