(Post. 02/15/12)

**FILED**
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 30 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

USA                                                                    PLAINTIFF

v.                              No. 4:15CR95-02, 4:15CR97-02

Turod Jacobs                                                          DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ✓ hearing or

trial in this case on  10/20/15 and 10/22/15  , were returned to me as counsel for
                         *(Date(s))*

USA_____.
   *(Party Name)*

Exhibits: A, B, C, D, E, F, G, H, I _____

_____
_____
_____
_____

_____
*(Attorney Signature)*

Date: 10-27-15

cc:    Counsel of Record
       File