**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

V.                              NO. 4:15CR00095-KGB-1

**TERENCE GORDON**

**DETENTION ORDER**

The Defendant appeared with counsel on November 6, 2015 for a bond hearing. Following witness testimony and argument from the parties, the Court finds there are no conditions or combination of conditions of release to reasonably ensure the safety of the community. Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 6th day of November, 2015.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE