IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | 4:15CR00095 - KGB |
| | ) | 4:15CR00097 - JLH |
| TUROD JACBOS | ) | |

## MOTION TO REVOKE PRETRIAL RELEASE

The United States, by and through its counsel United States Attorney Christopher R. Thyer, and Angela Jegley, Assistant United States Attorney, for said district, and in support of its Motion to Revoke Pretrial Release states as follows:

1. This court has previously issued an order setting conditions for bond for the defendant.

2. Attached hereto is a supplemental petition for action on conditions of pretrial release and request for issuance of a warrant to be sealed pending execution which was prepared by Emilienne Ngampa, U.S. Probation Officer, and signed under penalty of perjury which is adopted herein as set-forth verbatim. Based upon the facts set forth in the supplemental petition and because the defendant has been taken into state custody for violating his state bond, the United States respectfully requests that a warrant be issued to serve as a detainer and upon its execution, a hearing be set where the defendant should be required to show cause why his federal bond should not be revoked pending trial in the two cases set in federal court .

50

Respectfully submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By: ANGELA S. JEGLEY
Bar No. 79100
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Angela.Jegley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, I filed the foregoing with the Clerk of the Court Under Seal pending the arrest of the defendant.

ANGELA S. JEGLEY

PS 8 / 2011
(Rev. 2/13)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

U.S.A. vs. Turod Jacobs                Docket No. 0860 4:15CR00095 and
                                                                         Docket No. 0860 4:15CR00097

### Supplemental Petition for Action on Conditions of Pretrial Release
### Request for Issuance of a Warrant to be Sealed Pending Execution

COMES NOW Emilienne Ngampa, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Turod Jacobs, who was placed under pretrial release supervision by the Honorable Beth Deere sitting in the Court at Little Rock, Arkansas, on October 22, 2015, (released on December 28, 2015, under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5) The defendant must sign an Appearance Bond, if ordered.

(6) The defendant is placed in the custody of: Denise and Edward Karriem.

(7) The defendant must:
(a) submit to supervision and report for supervision to the U.S. Probation Office.
(b) continue or actively seek employment.
(k) not possess a firearm, destructive device, or other weapon.
(l) not use alcohol excessively.
(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(p) participate in one of the following location restriction programs and comply with its requirements as directed.

> (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances, court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

(q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

(r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.

Jury trials are set for July 11, 2016, and June 6, 2016, before the Honorable Kristine G. Baker and J. Leon Holmes, U.S. District Judges, respectfully.

**Respectfully presenting petition for action of Court and for cause as follows:**

**Description of supplemental apparent violations:** On January 26, 2016, the defendant was permitted to leave this residence at 1:00 PM to job search. He left his residence at 12:45 PM and approximately one hour later the Little Rock, Arkansas, Police Department arrested and charged the defendant with misdemeanor Theft of Property and Fleeing. He is currently at the Pulaski County Jail. A court hearing is set for February 2, 2016, and offense details have been requested.

On January 16, 2016, the defendant left his residence without permission at 9:48 PM and returned at 9:52 PM.

On January 15, 2016, the defendant failed to report to the probation office for a scheduled drug test.

On December 31, 2015, the defendant left his residence without permission at 10:40 PM and returned at 10:49 PM. On January 6, 2016, the defendant left his residence without permission on three different occasions and was out of range for 12 minutes, 24 minutes and 8 minutes, respectively. On January 8, 2016, the defendant left his residence without permission on 10 separate occasions and was out of range for an average of five minutes each times. On January 11, 2016, the defendant left his residence without permission on five separate occasions and was out of range between 3 and 10 minutes each times. On January 15, 2016, the defendant left his residence without permission on three separate occasions and was out of range for an average of 4 minutes.

**Description of apparent violations:** On December 28, 2015, the defendant was released from state custody at 1:45 p.m., and he did not contact his pretrial officer. On December 29, 2015, the defendant's mother and third party custodian contacted the probation office around 1:30 p.m. and was instructed to have the defendant report to the office at 3:30 p.m. He did not report and upon further investigation, it was learned that the defendant was leaving the Mississippi County, Arkansas, area around 5:00 p.m. Mr. Jacobs arrived at his mother's residence around 7:00 p.m., and location monitoring was subsequently installed.

**Description of prior violations:** None.

Actions taken to bring the defendant into compliance were as follows: The defendant was reinstructed on the conditions of release and the location monitoring program.

**Defendant's compliance with release conditions:** The defendant was provided both written and oral instructions to report as directed. A record check revealed no additional arrests. Officer Quiller advised the defendant has an active warrant for an environmental matter in Little Rock, Arkansas, District Court.

## OFFICER'S RECOMMENDATION:

Based on the new arrest and program noncompliance while on location monitoring the defendant is a danger to the community. It is recommended that the U.S. Attorney's Office request a warrant (to be filed as a detainer if applicable) and the defendant be brought before the court to show cause why the bond should not be revoked. If a warrant is issued, the U.S. Probation Office requests it be sealed for the safety of the U.S. Marshals Service and the U.S. Probation Office and copied only to those respective agencies pending warrant execution.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 26, 2016

_____
Special Offender Specialist

Place: Pine Bluff, Arkansas


Approved by:

_____
Supervising U.S. Probation Officer


c:  The Honorable Kristine G. Baker and J. Leon Holmes, U.S. District Judges
    The Honorable Beth Deere, U.S. Magistrate Judge