**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                              No. 4:15CR0095-01 KGB

TERENCE GORDON                                                  DEFENDANT

## MOTION FOR RECONSIDERATION OF BOND

Comes the Defendant, Terence Gordon, through his attorney, Lott Rolfe IV, to move the Court pursuant to 18 U.S.C. § 3142 to review and reconsider the denial of bond after his detention hearing on November 5, 2015. The Defendant has been in federal custody since September 30, 2015. Counsel for the Defendant was appointed on April 13, 2016. Counsel for the Defendant did not represent him at the previous detention hearing. A jury trial in this matter is currently scheduled for January 23, 2017.

1.   At his prior detention hearing, it was determined that the Defendant should be detained because it was believed that he would be a danger to the community and that no conditions could be set to insure the safety of the community.

2.   Defendant wishes to present, what he believes, is new information that would support a reconsideration of the decision to detain him pending trial pursuant to 18 U.S.C. §3142(g).

3. Among the new factors that the Court should consider are the following:

- The Defendant's grandmother, Anita Wilks, of Burlington, Iowa, remains in position to serve as his third party custodian. If the Court wishes to have someone with closer ties to Arkansas, then his mother, Tina Gordon of Luxora, Arkansas, would also be willing to serve as a third party custodian.

- The Defendant, prior to his arrest, was working at Jefferson Bakery in Burlington, Iowa. If he is released, the job would still be available for him.

- The Defendant has demonstrated that he is not a flight risk in that he has appeared in Court when requested and has the ability to adhere to strict conditions that are imposed by the Court.

- Since his detention, the Defendant has not had any significant problems and has not been a threat to himself or other inmates.

- Defendant informs Counsel that he has no violent criminal convictions that would support his continued detention pending trial.

- Defendant is willing to be placed on electronic monitoring and will adhere to the strictest of conditions set by the Court.

- Responsible members of the community will testify that he would not pose a danger to the community and would not be a flight risk.

4. Based on the facts set out above, the Defendant submits that he is not a flight risk and that his release would not pose a danger to the community.

WHEREFORE, Defendant prays that his request for a reconsideration of his bond be granted and that an immediate detention hearing be held to resolve this issue.

Respectfully submitted,

/s/Lott Rolfe IV
Lott Rolfe IV (97102)
lottrolfe@att.net
1920 North Main, Suite 107
North Little Rock, AR   72114
(501) 604-4530
Attorney for Terence Gordon

## CERTIFICATE OF SERVICE

I, Lott Rolfe, do hereby certify that all counsel of record have been served a true and correct copy of the foregoing Motion on this 19th day of July, 2016.

/s/Lott Rolfe IV
Lott Rolfe IV