IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:15-CR-00095-KGB |
| | ) | No. 4:15-CR-00097-JLH |
| TUROD JACOBS | ) | |

## JOINT MOTION TO CONSOLIDATE

Pursuant to General Order 39(d), of the Local Rules of the United States District Court for the Eastern District of Arkansas and pursuant to a proposed plea agreement in both of the above styled matters, the parties jointly move that these two matters be consolidated for purposes of a change of plea hearing and for purposes of sentencing.

THEREFORE, the United States respectfully requests that the Court grant the joint motion to consolidate.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ ANGELA S. JEGLEY
By: Angela S. Jegley
Assistant U.S. Attorney
Bar Number 79100
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Angela.Jegley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will forward a copy to the attorney of record.

*/s/ ANGELA S. JEGLEY*
ANGELA S. JEGLEY